# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# (SOUTHERN DIVISION)

MELINDA HINDO,

    Plaintiff,

v

                      CASE NO.: 2:16-CV-13956

                      HONORABLE ARTHUR J. TARNOW
                      MAGISTRATE ELIZABETH A. STAFFORD

EQUIFAX INFORMATION SERVICES, LLC,
a Georgia Company, EXPERIAN
INFORMATION SOLUTIONS, INC., a
Ohio Corporation, and DISCOVER
FINANCIAL SERVICES, INC.,
a Delaware Corporation,

    Defendants.

_____ / _____

| | |
|---|---|
| NORTON T. GAPPY, P.C.<br>Norton T. Gappy (P64571)<br>Attorneys for Plaintiff<br>3525 Rochester Road<br>Troy, Michigan 48083<br>(248) 524-1700<br>ngappy@gmail.com | DICKINSON WRIGHT, PLLC<br>Christopher A. Cornwall (P42721)<br>Attorneys for Discover Financial Services<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 487226<br>(313) 223-3500<br>ccornwall@dickinsonwright.com |
| CLARK HILL, PLLC<br>Jordan S. Bolton (P66309)<br>Attorneys for Equifax Information Services<br>500 Woodward Avenue, Suite 3500<br>Detroit, Michigan 48226<br>(313) 965-8300<br>jbolton@clarkhill.c0m | WILLIAMS, WILLIAMS, RATTNER & PLUNKET, P.C.<br>Sidney L. Frank (P13637)<br>Tamara E. Fraser (P51997)<br>Attorneys for Experian Information Solutions<br>380 North Old Woodward Avenue, Suite 300<br>(248) 642-0856<br>slfrank@wwrplaw.com<br>tefraser@wwrplaw.com |
| KING & SPALDING, LLP<br>Kendall W. Carter<br>Attorneys for Equifax Information Services<br>1180 Peachtree Street, NE<br>Atlanta, Georgia 30309<br>(404) 572-2495<br>kcater@kslaw.com | |

_____ /

## **ORDER OF DISMISSAL**

The Court having reviewed and considered the Stipulation and Agreement between and by the Parties and otherwise being fully advised in the premises, enters the following Order pursuant to the Parties Stipulation and Agreement and as to the same, the Court Orders as follows:

1. IT IS ORDERED that the above-captioned matter is hereby DISMISSED WITHOUT PREJUDICE and without costs or fines to any party; each party shall bear their own costs.

2. IT IS FURTHER ORDERED that if Plaintiff determines into the future to re-file or to further pursue this matter, it shall be re-filed at Plaintiff's cost with or in the United States District Court for the Eastern District of Michigan (Southern Division), with proper notice to all Parties.

3. IT IS FINALLY ORDERED that in the event that Plaintiff does not re-file this matter or pursue further action with regards to this matter within 60 days of the entry of this Order of Dismissal, this Dismissal Order without prejudice and without costs or fines shall automatically be converted to and considered to be a DISMISSAL WITH PREJUDICE and without fines or costs to any Party hereto and shall be deemed a final order which closes the case as to all Parties and all issues in all respects.

IT IS SO ORDERED.

s/Arthur J. Tarnow
HONORABLE ARTHUR J. TARNOW
United States District Court Judge

DATED: September 11, 2017